IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

vs.                                                                                              CR. NO. 7:25-MJ-3169

JOSE RAMON DELGADO III

## ORDER

     This Court having considered the Waiver of Preliminary and Detention Hearings of the defendant JOSE RAMON DELGADO III, in the above numbered and styled cause set for November 24, 2025, at 3:00 p.m., is of the opinion that the waiver is voluntary and hereby cancels the Preliminary and Detention Hearings set for the above date.

     The Court finds that there is probable cause to believe that a crime has been committed and the Defendant is the individual who committed the crime.

DONE, this _____ day of November 2025 at McAllen, Texas.

_____
HONORABLE JUAN F. ALANIS
UNITED STATES MAGISTRATE JUDGE